No: 11/28/18-1
Date: 11/28/18

# GRIEVANCE REPORT
## USW Local Union No. 1343

Name: J. CRAIG SR
Address:
Operation: ____ Serial No: ____
Order #: ____ DWG#: ____
Seniority: ____
Department: STAMPING UTILITY

Nature of Grievance: DISCRIMINATION

and/or

Violation of Sections: DISCRIMINATION

I BROUGHT THIS ISSUE UP BEFORE COMPANY PROMISED TO LOOK INTO IT STILL HAVEN'T GOT ANY FEED BACK FROM COMPANY. ~~COMPANY HOLDS~~ COMPANY ALSO WONT TEACH US CERTIN JOBS ON SECOND SHIFT AND ONLY RUN THESE JOBS ON FIRST WHICH IS UN FAIR TO THE SECOND SHIFT SET-UP PEOPLE AND OPERATORS. COMPANY HAS NO MINORITY LEAD PEOPLE OR SUPERVISORS ~~ON~~ BUT GIVES LEAD PEOPLE POSITION TO THERE BODDIES AND FRIENDS LIKE THERE ARE NO QUILIFIED MINORITY PEOPLE TO ASSUME THOSE ROLES. OVER 10 DIFFERENT EMPLOYEE HAVE COMPLAIN TO ME THAT THEY FEEL LIKE THEY HAVE BEEN DISCRIMINATED AGAINST

J. CRAIG SR #409

Case 2:19-cv-01786-BHL   Filed 08/05/20   Page 1 of 1   Document 23-2

WROUGHT_000006