# WROUGHT WASHER MFG., INC.



Stamping the Future

April 11, 2019

Jebari Craig
5633 N. 64 Street Apt. 1
Milwaukee, WI 53218

Dear Jebari Craig,

This letter is in follow up to our telephone conversation on April 11, 2019. As communicated, your employment with Wrought Washer Mfg., Inc. is terminated effective April 11, 2019.

We reviewed the facts surrounding the behavior that resulted in your suspension from work. This behavior over the past several months has escalated to significant insubordination. Failure to act reasonably under the rules of the Company is in violation of Section 8.09 of the Collective Bargaining Agreement as applied under the general conduct provision of the Work Rules of the Company.

A paycheck for 43 hours of unused earned vacation will be issued on April 12, 2019. Your active health benefits will continue through April 30, 2019. Under the Consolidated Omnibus Budget Reconciliation Act (**COBRA**), you will be offered continuous coverage of group health benefits for up to a maximum of 18 months, thereafter. You may contact Empower at (800) 338-4015 regarding your 401k Plan distribution options.

Any Wrought Washer Mfg., Inc. property must be returned. You are entitled to retrieve any personal property. As discussed, you will meet Paul Schaefer at Door 4 on April 12, 2019 at 9:30 am to retrieve any personal property.

A severance package has been presented to you for consideration. The Severance Agreement will be provided to you and the Union for a final decision on or before April 19, 2019. For additional questions, please contact me at (414) 486-3825.

Sincerely,

*Denise Schuppert*

Denise Schuppert, PHR
Human Resources Manager
Wrought Washer Mfg., Inc.

Enclosures

cc: Union

2100 S. BAY STREET MILWAUKEE, WI 53207  PHONE: (414) 744.0771  FAX: (414) 482-0144  TOLL FREE: 1 (800) 558-5217
VISIT OUR WEBSITE: www.wroughtwasher.com

Case 2:19-cv-01786-BHL   Filed 08/05/20   Page 1 of 1   Document 23-10

WROUGHT_000023